UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WILLIAM C. GOLDEN, JR., )
)
        Plaintiff, )
)
vs. )
) No. 1:13-cv-00832-SEB-MJD
CAROLYN COLVIN Acting Commissioner )
of Social Security, )
)
        Defendant. )

## JUDGMENT

The court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that William C. Golden is not entitled to disability insurance benefits and supplemental security income based on his applications filed on December 5, 2010 and December 27, 2010, respectively, is REVERSED AND REMANDED to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a Asentence four@ remand pursuant to 42 U.S.C. ' 405(g).

Date:   06/23/2014

                                                             SARAH EVANS BARKER, JUDGE
                                                            United States District Court
                                                            Southern District of Indiana

Distribution:

Joseph R. Wambach
KELLER & KELLER
joew@2keller.com

Timothy E. Burns
KELLER & KELLER
timb@2keller.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov